**Affirmed and Memorandum Opinion filed January 17, 2013.**



In The

# Fourteenth Court of Appeals

---

**NO. 14-11-00962-CR**
**NO. 14-11-00963-CR**
**NO. 14-11-00964-CR**

---

**FELIX D. ZAVALA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause Nos. 11-DCR-056366, 11-DCR-056381, & 11-DCR-056382**

---

## M E M O R A N D U M   O P I N I O N

Appellant was convicted of sexual assault, aggravated sexual assault, and indecency with a child and sentenced to confinement in the Institutional Division of the Texas Department of Criminal Justice for 18 years in the sexual assault case, 20 years for aggravated sexual assault, and five years for indecency with a child.

The sentences were ordered to run concurrently. Appellant filed a timely notice of appeal.

Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). As of this date, more than forty-five days has passed and no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed.


PER CURIAM


Panel consists of Justices Christopher, Jamison, and McCally.
Do Not Publish — Tex. R. App. P. 47.2(b).

2